# In the United States District Court
# For the Southern District Of Georgia
# Brunswick Division

| | |
|---|---|
| GEORGE RANDALL JONES, | * |
| Petitioner, | * CIVIL ACTION NO.: 2:15-cv-150 |
| v. | * |
| WARDEN VANCE LAUGHLIN, | * |
| Respondent. | * |

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's June 1, 2016, Report and Recommendation, dkt. no. 10, to which objections have been filed. A review of Petitioner George Randall Jones ("Jones") Objections fails to reveal that he is entitled to equitable tolling of the statute of limitations applicable to his Section 2254 Petition.

Accordingly, the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** as the opinion of the Court, and Plaintiff's Objections, dkt no. 11, are **OVERRULED**. The Court **DISMISSES**, without prejudice, Jones' Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254. The Court also **DENIES** Petitioner leave to appeal *in forma pauperis* and a

certificate of appealability. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 7 day of July, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA